WILLIAM DEHON KING and Others, Respondents, *v.* EUGENIA A. WEBSTER Ross, Appellant.

*A bill of particulars of an answer, consisting only of admissions and denials, cannot be demanded.*

In an action in which the answer contains only admissions and denials, the plaintiff is not entitled to an order requiring the defendant to serve a bill of particulars.

APPEAL by the defendant, Eugenia A. Webster Ross, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 26th day of July, 1897, granting the plaintiffs' motion for a bill of particulars.

*Norman G. Johnson,* for the appellant.

*Richard L. Sweezy,* for the respondents.

PER CURIAM:

The order should be reversed on the ground that the answer contains only admissions and denials, and, therefore, no bill of particulars can be ordered to be made by the defendant.

Present — VAN BRUNT, P. J., BARRETT, RUMSEY, WILLIAMS and PATTERSON, JJ.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.